UNITED STATES of America,
Plaintiff–Appellee,

v.

Paris D. ST. JOHN, Defendant–Appellant.

No. 06–10869
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

March 7, 2007.

Michael Gill, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Adrienne Urrutia Wisenberg, Solomon L. Wisenberg PLLC, Washington, DC, for Defendant–Appellant.

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Paris D. St. John raises arguments that are foreclosed by *Almendarez–Torres*

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

*v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.